# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  BRUCE R. HARKER & MILDRED R. HARKER            Case Number: 05-70419
P.O. BOX 239                          SSN-xxx-xx-3453 & xxx-xx-7839
PECATONICA, IL  61063

|  |  |
|---|---|
| Case filed on: | 2/4/2005 |
| Plan Confirmed on: | 6/15/2005 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,830.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 998 | BRUCE R. HARKER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMCORE BANK NA | 2,372.92 | 2,372.92 | 2,372.92 | 372.12 |
| 002 | COUNTRYWIDE HOME LOANS INC | 12,409.98 | 6,582.81 | 6,582.81 | 0.00 |
|  | Total Secured | 14,782.90 | 8,955.73 | 8,955.73 | 372.12 |
|  |  |  |  |  |  |
| 003 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BUSINESSMEN'S COLLECTION BUREAU | 2,631.81 | 2,631.81 | 164.37 | 0.00 |
| 005 | RESURGENCE FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROCKFORD HEALTH PHYSICIANS | 125.00 | 125.00 | 7.80 | 0.00 |
| 008 | CAVALRY INVESTMENTS LLC | 841.55 | 841.55 | 52.56 | 0.00 |
| 009 | FAMILY HERITAGE | 999.32 | 999.32 | 62.41 | 0.00 |
| 010 | FREEPORT HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 936.06 | 936.06 | 58.46 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 592.50 | 592.50 | 37.00 | 0.00 |
|  | Total Unsecured | 6,126.24 | 6,126.24 | 382.60 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 22,273.14 | 16,445.97 | 10,702.33 | 372.12 |

| | |
|---|---|
| Total Paid Claimant: | $11,074.45 |
| Trustee Allowance: | $755.55 |
| Percent Paid Unsecured: | 6.25 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008            By   /s/Heather M. Fagan